CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CO-932
Rev. 4/96

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. __________
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

---

The plaintiff , defendant or counsel must complete the following:

I. RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

- [ ] (a) relates to common property
- [x] (b) involves common issues of fact
- [ ] (c) grows out of the same event or transaction
- [ ] (d) involves the validity or infringement of the same patent
- [ ] (e) is filed by the same pro se litigant

2. RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

**United States District Court for the District of New Jersey**

4. CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

**(See attachment)** v. ______________ C.A. No. **MDL 2738**

**February 21, 2017**
DATE

/s/ Michelle A. Parfitt
Signature of Plaintiff /Defendant (or counsel)

**3:16-md-02738-FLW-LHG** JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION
Freda L. Wolfson, presiding
Lois H. Goodman, referral
**Date filed:** 10/04/2016
**Date of last filing:** 02/17/2017

# Associated Cases

| Lead Case | Member Case | Start Date | End Date |
|---|---|---|---|
| 3:16-md-02738-FLW-LHG | 3:14-cv-07079-FLW-LHG CHAKALOS v. JOHNSON & JOHNSON et al | 10/04/2016 | |
| | 3:16-cv-06489-FLW-LHG RICH-WILLIAMS v. JOHNSON & JOHNSON et al | 10/05/2016 | |
| | 3:16-cv-06567-FLW-LHG GOULD v. JOHNSON & JOHNSON et al | 10/05/2016 | |
| | 3:16-cv-06568-FLW-LHG MUSGROVE v. JOHNSON & JOHNSON et al | 10/05/2016 | |
| | 3:16-cv-06608-FLW-LHG ROBB et al v. JOHNSON & JOHNSON et al | 10/06/2016 | |
| | 3:16-cv-06693-FLW-LHG BORS v. JOHNSON & JOHNSON et al | 10/07/2016 | |
| | 3:16-cv-06694-FLW-LHG LUMAS v. JOHNSON & JOHNSON et al | 10/07/2016 | |
| | 3:16-cv-06695-FLW-LHG MIHALICH v. JOHNSON & JOHNSON et al | 10/07/2016 | |
| | 3:16-cv-06661-FLW-LHG RICHARDS v. JOHNSON & JOHNSON et al | 10/07/2016 | |
| | 3:16-cv-07087-FLW-LHG ANDERSON v. JOHNSON & JOHNSON et al | 10/13/2016 | |
| | 3:16-cv-07312-FLW-LHG KUHN v. JOHNSON & JOHNSON et al | 10/14/2016 | |
| | 3:16-cv-07315-FLW-LHG SLAYDEN & JOHNSON & JOHNSON et al | 10/14/2016 | |
| | 3:16-cv-07336-FLW-LHG PHILLIPS v. JOHNSON & JOHNSON et al | 10/17/2016 | |
| | 3:16-cv-07337-FLW-LHG STRICKLAND et al v. JOHNSON & JOHNSON et al | 10/17/2016 | |
| | 3:16-cv-07414-FLW-LHG LEE v. JOHNSON & JOHNSON et al | 10/18/2016 | |
| | 3:16-cv-07415-FLW-LHG SHELTON v. JOHNSON & JOHNSON et al | 10/18/2016 | |
| | 3:16-cv-07418-FLW-LHG FENSTEMAKER et al v. JOHNSON & JOHNSON et al | 10/18/2016 | |
| | 3:16-cv-07425-FLW-LHG TRAYLOR v. JOHNSON & JOHNSON et al | 10/18/2016 | |
| | 3:16-cv-07427-FLW-LHG LOVATO et al v. JOHNSON & JOHNSON et al | 10/18/2016 | |
| | 3:16-cv-07428-FLW-LHG HICKS et al v. JOHNSON & JOHNSON et al | 10/18/2016 | |

| | | | |
|---|---|---|---|
| | 3:16-cv-07465-FLW-LHG JOSEPH v. JOHNSON & JOHNSON | 10/18/2016 | |
| | 3:16-cv-07473-FLW-LHG SIMPSON v. JOHNSON & JOHNSON et al | 10/18/2016 | |
| | 3:16-cv-07474-FLW-LHG PROUT v. JOHNSON & JOHNSON, et al | 10/18/2016 | |
| | 3:16-cv-07477-FLW-LHG CASEY et al v. JOHNSON & JOHNSON et al | 10/18/2016 | |
| | 3:16-cv-07488-FLW-LHG JACKSON v. JOHNSON & JOHNSON et al | 10/18/2016 | |
| | 3:16-cv-07489-FLW-LHG BLAZIO v. JOHNSON & JOHNSON et al | 10/18/2016 | |
| | 3:16-cv-07490-FLW-LHG MATTHEWS v. JOHNSON & JOHNSON, et al | 10/18/2016 | |
| | 3:16-cv-07492-FLW-LHG ESTRADA v. JOHNSON & JOHNSON et al | 10/18/2016 | |
| | 3:16-cv-07499-FLW-LHG BATISTE v. JOHNSON & JOHNSON et al | 10/19/2016 | |
| | 3:16-cv-07501-FLW-LHG POCHE et al v. JOHNSON & JOHNSON et al | 10/19/2016 | |
| | 3:16-cv-07502-FLW-LHG ROBINSON v. JOHNSON & JOHNSON et al | 10/19/2016 | |
| | 3:16-cv-07503-FLW-LHG WALKER v. JOHNSON & JOHNSON et al | 10/19/2016 | |
| | 3:16-cv-07529-FLW-LHG ROSS v. JOHNSON & JOHNSON et al | 10/19/2016 | |
| | 3:16-cv-07530-FLW-LHG FRANCIS v. JOHNSON & JOHNSON et al | 10/19/2016 | |
| | 3:16-cv-07537-FLW-LHG OLICHNEY v. JOHNSON & JOHNSON et al | 10/19/2016 | |
| | 3:16-cv-07570-FLW-LHG HANDY v. JOHNSON & JOHNSON et al | 10/20/2016 | |
| | 3:16-cv-07571-FLW-LHG REMPAS v. JOHNSON & JOHNSON et al | 10/20/2016 | |
| | 3:16-cv-07581-FLW-LHG JOHNSTON et al v. JOHNSON & JOHNSON et al | 10/19/2016 | |
| | 3:16-cv-07656-FLW-LHG BARKER v. JOHNSON & JOHNSON et al | 10/21/2016 | |
| | 3:16-cv-07657-FLW-LHG KEHRES et al v. JOHNSON & JOHNSON et al | 10/21/2016 | |
| | 3:16-cv-07664-FLW-LHG JOHNSON v. JOHNSON & JOHNSON et al | 10/21/2016 | |
| | 3:16-cv-07844-FLW-LHG DAVIS v. JOHNSON & JOHNSON et al | 10/25/2016 | |
| | 3:16-cv-07884-FLW-LHG SPENNY v. JOHNSON & JOHNSON et al | 10/26/2016 | |
| | 3:16-cv-07886-FLW-LHG WILSON v. JOHNSON & JOHNSON et al | 10/26/2016 | |
| | 3:16-cv-07887-FLW-LHG WILLIS v. JOHNSON & JOHNSON et al | 10/26/2016 | |
| | 3:16-cv-07889-FLW-LHG SHOUP v. JOHNSON & JOHNSON et al | 10/26/2016 | |
| | 3:16-cv-07890-FLW-LHG EPPS v. JOHNSON & JOHNSON et al | 10/26/2016 | |

| | | | |
|---|---|---|---|
| | 3:16-cv-07891-FLW-LHG MCBRIDE v. JOHNSON & JOHNSON et al | 10/26/2016 | |
| | 3:16-cv-07892-FLW-LHG HARPER v. JOHNSON & JOHNSON et al | 10/26/2016 | |
| | 3:16-cv-07893-FLW-LHG TETLOW v. JOHNSON & JOHNSON et al | 10/26/2016 | |
| | 3:16-cv-07894-FLW-LHG SHINSKE v. JOHNSON & JOHNSON et al | 10/26/2016 | |
| | 3:16-cv-07895-FLW-LHG CERRONE-KENNEDY et al v. JOHNSON & JOHNSON et al | 10/26/2016 | |
| | 3:16-cv-07986-FLW-LHG WOOD et al v. JOHNSON & JOHNSON et al | 10/28/2016 | |
| | 3:16-cv-07989-FLW-LHG RESOR v. JOHNSON & JOHNSON et al | 10/28/2016 | |
| | 3:16-cv-08082-FLW-LHG MARCHETTI v. JOHNSON & JOHNSON | 10/31/2016 | |
| | 3:16-cv-08086-FLW-LHG VALLOT v. JOHNSON & JOHNSON et al | 11/01/2016 | |
| | 3:16-cv-08224-FLW-LHG BIRDSONG et al v. JOHNSON & JOHNSON et al | 11/04/2016 | |
| | 3:16-cv-08331-FLW-LHG SCHOFIELD v. JOHNSON & JOHNSON et al | 11/08/2016 | |
| | 3:16-cv-08365-FLW-LHG MAURER-MARTIN v. JOHNSON & JOHNSON et al | 11/08/2016 | |
| | 3:16-cv-08366-FLW-LHG Davis v. Johnson & Johnson et al | 11/08/2016 | |
| | 3:16-cv-08367-FLW-LHG Martin v. Johnson & Johnson et al | 11/08/2016 | |
| | 3:16-cv-08565-FLW-LHG Harper v. Johnson & Johnson et al | 11/16/2016 | |
| | 3:16-cv-08564-FLW-LHG Dysart et al v. Johnson & Johnson et al | 11/16/2016 | |
| | 3:16-cv-08672-FLW-LHG GRAVES v. JOHNSON & JOHNSON et al | 11/21/2016 | |
| | 3:16-cv-08722-FLW-LHG Thompson et al v. Johnson & Johnson et al | 11/22/2016 | |
| | 3:16-cv-08699-FLW-LHG CARLIN et al v. JOHNSON & JOHNSON et al | 11/22/2016 | |
| | 3:16-cv-08725-FLW-LHG POTTS et al v. JOHNSON & JOHNSON et al | 11/23/2016 | |
| | 3:16-cv-08728-FLW-LHG Miller v. Johnson & Johnson et al | 11/23/2016 | |
| | 3:16-cv-08749-FLW-LHG Dawson v. Johnson & Johnson Consumer Companies, Inc. et al | 11/23/2016 | |
| | 3:16-cv-08738-FLW-LHG WILLIAMS et al v. JOHNSON & JOHNSON et al | 11/23/2016 | |
| | 3:16-cv-08769-FLW-LHG Laquita A. Hollinquest v. Johnson and Johnson et al | 11/28/2016 | |
| | 3:16-cv-08774-FLW-LHG Jolla v. Johnson & Johnson et al | 11/28/2016 | |
| | 3:16-cv-08793-FLW-LHG Bier v. Johnson & Johnson et al | 11/28/2016 | |
| | 3:16-cv-08805-FLW-LHG Lee v. Johnson & Johnson, et al | 11/29/2016 | |
| | 3:16-cv-08806-FLW-LHG Daniels v. Johnson & Johnson, et al | 11/29/2016 | |

| | | | |
|---|---|---|---|
| | 3:16-cv-08810-FLW-LHG BIRDSONG v. JOHNSON & JOHNSON et al | 11/29/2016 | |
| | 3:16-cv-08812-FLW-LHG FERRELL v. JOHNSON & JOHNSON et al | 11/29/2016 | |
| | 3:16-cv-08815-FLW-LHG PATTERSON v. JOHNSON & JOHNSON et al | 11/29/2016 | |
| | 3:16-cv-08827-FLW-LHG IVY THORPE v. JOHNSON & JOHNSON et al | 11/29/2016 | |
| | 3:16-cv-08828-FLW-LHG WAGENKNECHT v. JOHNSON & JOHNSON et al | 11/29/2016 | |
| | 3:17-cv-01160-FLW-LHG COLON v. JOHNSON & JOHNSON et al | 02/21/2017 | |
| | 3:16-cv-08900-FLW-LHG Jarrett v. JOHNSON & JOHNSON, et al. | 12/01/2016 | |
| | 3:16-cv-08901-FLW-LHG ESTATE OF LINDA E. ABELL et al v. JOHNSON & JOHNSON et al | 12/01/2016 | |
| | 3:16-cv-08942-FLW-LHG LUBBEN v. JOHNSON & JOHNSON et al | 12/02/2016 | |
| | 3:16-cv-08962-FLW-LHG FERGUSON v. JOHNSON & JOHNSON et al | 12/02/2016 | |
| | 3:16-cv-08963-FLW-LHG WALKER v. JOHNSON & JOHNSON et al | 12/02/2016 | |
| | 3:16-cv-08964-FLW-LHG Meyer v. Johnson & Johnson et al | 12/02/2016 | |
| | 3:16-cv-08966-FLW-LHG Gray v. Johnson & Johnson et al | 12/02/2016 | |
| | 3:16-cv-08961-FLW-LHG SANDOVAL v. JOHNSON & JOHNSON et al | 12/02/2016 | |
| | 3:16-cv-08967-FLW-LHG SCHIRMER v. JOHNSON & JOHNSON et al | 12/02/2016 | |
| | 3:16-cv-09101-FLW-LHG CARTER v. JOHNSON & JOHNSON et al | 12/07/2016 | |
| | 3:16-cv-09119-FLW-LHG SEGREAVES et al v. JOHNSON & JOHNSON et al | 12/12/2016 | |
| | 3:16-cv-09228-FLW-LHG ARNOFF v. JOHNSON & JOHNSON CONSUMER COMPANIES INC. et al | 12/14/2016 | |
| | 3:16-cv-09229-FLW-LHG PASSANDER v. JOHNSON AND JOHNSON et al | 12/14/2016 | |
| | 3:17-cv-00726-FLW-LHG Harders et al v. Johnson & Johnson et al | 02/03/2017 | |
| | 3:16-cv-09260-FLW-LHG BRYANT et al v. Johnson & Johnson et al | 12/19/2016 | |
| | 3:17-cv-01161-FLW-LHG BOBO v. JOHNSON & JOHNSON et al | 02/21/2017 | |
| | 3:16-cv-09378-FLW-LHG HAMMOND v. Johnson & Johnson et al | 12/20/2016 | |
| | 3:16-cv-09400-FLW-LHG RON CAVOLT v. JOHNSON & JOHNSON et al | 12/21/2016 | |
| | 3:16-cv-09482-FLW-LHG ROGERS et al v. Johnson & Johnson et al | 12/27/2016 | |
| | 3:16-cv-09485-FLW-LHG DOLINGER v. JOHNSON & JOHNSON et al | 12/27/2016 | |
| | 3:16-cv-09506-FLW-LHG ALFORD v. Johnson & Johnson et al | 12/27/2016 | |
| | 3:16-cv-09507-FLW-LHG Holliday et al v. Johnson & Johnson et al | 12/27/2016 | |

| | | | |
|---|---|---|---|
| | 3:16-cv-09498-FLW-LHG ADAMS v. JOHNSON AND JOHNSON et al | 12/28/2016 | |
| | 3:16-cv-09514-FLW-LHG ELLIOTT v. JOHNSON AND JOHNSON et al | 12/28/2016 | |
| | 3:16-cv-09500-FLW-LHG BELLANGER v. JOHNSON AND JOHNSON et al | 12/28/2016 | |
| | 3:16-cv-09513-FLW-LHG BYRD v. JOHNSON AND JOHNSON et al | 12/28/2016 | |
| | 3:16-cv-09508-FLW-LHG BROWN v. JOHNSON AND JOHNSON et al | 12/28/2016 | |
| | 3:16-cv-09495-FLW-LHG TREADWELL et al v. JOHNSON & JOHNSON et al | 12/27/2016 | |
| | 3:16-cv-09524-FLW-LHG SISSAC v. JOHNSON AND JOHNSON et al | 12/28/2016 | |
| | 3:16-cv-09523-FLW-LHG MONTZ v. JOHNSON AND JOHNSON et al | 12/28/2016 | |
| | 3:16-cv-09522-FLW-LHG HARRIS v. JOHNSON AND JOHNSON et al | 12/28/2016 | |
| | 3:16-cv-09556-FLW-LHG LEACH v. Johnson & Johnson et al | 12/29/2016 | |
| | 3:16-cv-09571-FLW-LHG JONES-WILDER v. JOHNSON AND JOHNSON et al | 12/29/2016 | |
| | 3:16-cv-09567-FLW-LHG CHAUVIN v. JOHNSON AND JOHNSON et al | 12/29/2016 | |
| | 3:16-cv-09562-FLW-LHG MEREDITH v. JOHNSON AND JOHNSON et al | 12/29/2016 | |
| | 3:16-cv-09564-FLW-LHG BEZUE v. JOHNSON AND JOHNSON et al | 12/29/2016 | |
| | 3:16-cv-09596-FLW-LHG HALL v. JOHNSON & JOHNSON et al | 12/30/2016 | |
| | 3:16-cv-09605-FLW-LHG ALBERTINE v. JOHNSON & JOHNSON et al | 12/30/2016 | |
| | 3:16-cv-09615-FLW-LHG WITHERSPOON v. Johnson & Johnson et al | 12/30/2016 | |
| | 3:17-cv-00030-FLW-LHG KENNEDY v. Johnson & Johnson et al | 01/04/2017 | |
| | 3:17-cv-00031-FLW-LHG HARRIS v. Johnson & Johnson et al | 01/04/2017 | |
| | 3:17-cv-00033-FLW-LHG MOSS et al v. JOHNSON & JOHNSON INC. et al | 01/04/2017 | |
| | 3:17-cv-00040-FLW-LHG Shackelford et al v. Johnson & Johnson et al | 01/04/2017 | |
| | 3:17-cv-00047-FLW-LHG HVIZDOS v. Johnson & Johnson et al | 01/05/2017 | |
| | 3:17-cv-00080-FLW-LHG BROWN-HARRISON et al v. JOHNSON & JOHNSON et al | 01/06/2017 | |
| | 3:17-cv-00081-FLW-LHG Pirraglia v. Johnson & Johnson et al | 01/06/2017 | |
| | 3:17-cv-00082-FLW-LHG SMITH v. JOHNSON & JOHNSON et al | 01/06/2017 | |
| | 3:17-cv-00096-FLW-LHG DARNOLD v. Johnson & Johnson et al | 01/06/2017 | |
| | 3:17-cv-00097-FLW-LHG KUNTZ v. Johnson & Johnson Consumer | 01/06/2017 | |

| | | | |
|---|---|---|---|
| | Companies Inc et al | | |
| | 3:17-cv-00099-FLW-LHG SCHWARTZ v. Johnson & Johnson et al | 01/06/2017 | |
| | 3:17-cv-00136-FLW-LHG Jillian Ashmore Anderson v. Johnson and Johnson et al | 01/09/2017 | |
| | 3:17-cv-00154-FLW-LHG Ayers v. Johnson & Johnson et al | 01/10/2017 | |
| | 3:17-cv-00395-FLW-LHG Savagae v. Johnson & Johnson et al | 01/20/2017 | |
| | 3:17-cv-00461-FLW-LHG GENDELMAN et al v. JOHNSON & JOHNSON et al | 01/23/2017 | |
| | 3:17-cv-00512-FLW-LHG Villella v. Johnson & Johnson et al | 01/26/2017 | |
| | 3:17-cv-00513-FLW-LHG Edwards v. Johnson & Johnson et al | 01/26/2017 | |
| | 3:17-cv-00516-FLW-LHG Domenica C. Provenza v. Johnson and Johnson et al | 01/26/2017 | |
| | 3:17-cv-00549-FLW-LHG MORRIS v. JOHNSON & JOHNSON et al | 01/27/2017 | |
| | 3:17-cv-00627-FLW-LHG EDWARDS v. JOHNSON & JOHNSON et al | 01/31/2017 | |
| | 3:17-cv-00713-FLW-LHG HOUSTON v. JOHNSON & JOHNSON et al | 02/03/2017 | |
| | 3:17-cv-00790-FLW-LHG Gallow et al v. Johnson & Johnson et al | 02/07/2017 | |
| | 3:17-cv-00791-FLW-LHG Lucas et al v. Johnson & Johnson et al | 02/07/2017 | |
| | 3:17-cv-00792-FLW-LHG Starks et al v. Johnson & Johnson et al | 02/07/2017 | |
| | 3:17-cv-00793-FLW-LHG Frazier et al v. Johnson & Johnson et al | 02/07/2017 | |
| | 3:17-cv-00794-FLW-LHG Eveland et al v. Johnson & Johnson et al | 02/07/2017 | |
| | 3:17-cv-00796-FLW-LHG Carney et al v. Johnson & Johnson, Inc. et al | 02/07/2017 | |
| | 3:17-cv-00797-FLW-LHG Logan et al v. Johnson & Johnson et al | 02/07/2017 | |
| | 3:17-cv-00798-FLW-LHG Valle et al v. Johnson & Johnson et al | 02/07/2017 | |
| | 3:17-cv-00799-FLW-LHG Williams et al v. Johnson & Johnson et al | 02/07/2017 | |
| | 3:17-cv-00800-FLW-LHG Bahmler et al v. Johnson & Johnson et al | 02/07/2017 | |
| | 3:17-cv-00802-FLW-LHG MASON et al v. JOHNSON AND JOHNSON et al | 02/07/2017 | |
| | 3:17-cv-00806-FLW-LHG Solowski v. Johnson & Johnson et al | 02/07/2017 | |
| | 3:17-cv-00838-FLW-LHG Rhodes et al v. Johnson & Johnson, Inc. et al | 02/08/2017 | |
| | 3:17-cv-00839-FLW-LHG Tingstrom v. Johnson & Johnson, Inc. et al | 02/08/2017 | |
| | 3:17-cv-00841-FLW-LHG Ferman v. Johnson & Johnson, Inc. et al | 02/08/2017 | |
| | 3:17-cv-00873-FLW-LHG Prejean v. Johnson & Johnson, Inc. et al | 02/09/2017 | |
| | 3:17-cv-00874-FLW-LHG Richard et al v. Johnson & Johnson, Inc. et al | 02/09/2017 | |
| | 3:17-cv-00877-FLW-LHG REDDY v. JOHNSON & JOHNSON et al | 02/10/2017 | |
| | 3:17-cv-00881-FLW-LHG SMITH v. JOHNSON & JOHNSON et al | 02/14/2017 | |
| | 3:17-cv-00904-FLW-LHG KNISKERN v. JOHNSON & JOHNSON et al | 02/14/2017 | |

| | | | |
|---|---|---|---|
| | 3:17-cv-00910-FLW-LHG SELLS v. JOHNSON & JOHNSON et al | 02/14/2017 | |
| | 3:17-cv-00915-FLW-LHG GOSA et al v. JOHNSON & JOHNSON et al | 02/14/2017 | |
| | 3:17-cv-00943-FLW-LHG MCCLENDON v. JOHNSON & JOHNSON et al | 02/14/2017 | |
| | 3:17-cv-00983-FLW-LHG Wilderotter v. Johnson & Johnson, Inc. et al | 02/14/2017 | |
| | 3:17-cv-00807-FLW-LHG RUNNELS et al v. JOHNSON & JOHNSON et al | 02/07/2017 | |
| | 3:17-cv-01035-FLW-LHG TURNER et al v. JOHNSON & JOHNSON et al | 02/16/2017 | |
| | 3:17-cv-01050-FLW-LHG Fisher et al v. Johnson & Johnson et al | 02/16/2017 | |
| | 3:17-cv-01051-FLW-LHG Lafontant v. Johnson & Johnson et al | 02/16/2017 | |
| | 3:17-cv-01094-FLW-LHG FIORE v. JOHNSON & JOHNSON et al | 02/17/2017 | |
| | 3:17-cv-01095-FLW-LHG Galloway et al v. Johnson & Johnson, Inc. et al | 02/17/2017 | |
| | 3:17-cv-01118-FLW-LHG HYCHE v. JOHNSON & JOHNSON et al | 02/21/2017 | |
| | 3:17-cv-01119-FLW-LHG WESEMAN v. JOHNSON & JOHNSON et al | 02/21/2017 | |
| | 3:17-cv-01121-FLW-LHG BROUGHTON v. JOHNSON & JOHNSON et al | 02/21/2017 | |
| | 3:17-cv-01125-FLW-LHG BURGESS v. JOHNSON & JOHNSON et al | 02/21/2017 | |
| | 3:17-cv-01155-FLW-LHG WATKINS v. JOHNSON & JOHNSON et al | 02/21/2017 | |
| | 3:17-cv-01156-FLW-LHG COLEMAN v. JOHNSON & JOHNSON, INC., et al | 02/21/2017 | |
| | 3:17-cv-01157-FLW-LHG CUTRER, et al v. JOHNSON & JOHNSON, INC. | 02/21/2017 | |
| | 3:17-cv-01129-FLW-LHG EDWARDS et al v. JOHNSON & JOHNSON et al | 02/21/2017 | |
| | 3:17-cv-01131-FLW-LHG DAVISTON v. JOHNSON & JOHNSON et al | 02/21/2017 | |
| | 3:17-cv-01134-FLW-LHG FOSTER v. JOHNSON & JOHNSON et al | 02/21/2017 | |
| | 3:17-cv-01135-FLW-LHG FRANKLIN v. JOHNSON & JOHNSON et al | 02/21/2017 | |
| | 3:17-cv-01137-FLW-LHG KWAS v. JOHNSON & JOHNSON et al | 02/21/2017 | |
| | 3:17-cv-01138-FLW-LHG McDERMITT-WEBER v. JOHNSON & JOHNSON et al | 02/21/2017 | |
| | 3:17-cv-01178-FLW-LHG WEBER et al v. JOHNSON & JOHNSON et al | 02/21/2017 | |
| | 3:17-cv-01150-FLW-LHG WILLIAMS v. JOHNSON & JOHNSON et al | 02/21/2017 | |
| | 3:17-cv-01152-FLW-LHG STORY-SMITH v. JOHNSON & JOHNSON et al | 02/21/2017 | |

| | | | |
|---|---|---|---|
| | 3:17-cv-01154-FLW-LHG VELARDO et al v. JOHNSON & JOHNSON et al | 02/21/2017 | |
| | 3:17-cv-01158-FLW-LHG GILES et al v. JOHNSON & JOHNSON et al | 02/21/2017 | |
| | 3:17-cv-01159-FLW-LHG HILDABRAND v. JOHNSON & JOHNSON et al | 02/21/2017 | |
| | 3:16-cv-08854-FLW-TJB Mace et al v. Bristol-Myers Squibb Company et al | 11/30/2016 | 11/30/2016 |

## PACER Service Center

### Transaction Receipt

02/21/2017 16:19:14

| | | | |
|---|---|---|---|
| **PACER Login:** | AG056300:2503687:0 | **Client Code:** | 180 211677.001 TKN |
| **Description:** | Associated Cases | **Search Criteria:** | 3:16-md-02738-FLW-LHG |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |